MINNIE EMMERT, petitioner,

*v.*

JOHN EMMERT, defendant.

[Decided July 3d, 1924.]

On petition for nullity of marriage. On final hearing on master's report and depositions *ex parte.*

*Mr. Isadore Rabinowitz,* for the petitioner.

WALKER, CHANCELLOR.

The facts of this case as to marriage, age of petitioner and residence are, for the purpose of decision, so like those in *Capasso v. Colonna, 1 N. J. Adv. R. 1159; 122 Atl. Rep. 358,* that it is quite unnecessary to recite them here. The decision in that case, which was affirmed by the court of errors and appeals (*S. C., 2 N. J. Adv. R. 985*), is absolutely dispositive of the one at bar.

The petition in the present case must therefore be dismissed.